IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL CARTER,

        Plaintiff,

  v.

CLYDE REESE III, et al.,

        Defendants

                                      /

No. C 12-5537 MMC

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT**

      Before the Court is plaintiff Darryl Carter's "Motion to Amend Complaint for Equitable and Legal Relief," filed November 20, 2012. A plaintiff is entitled to file an amended complaint once as "a matter of course" up to 21 days after an answer or motion to dismiss has been filed. See Fed. R. Civ. P. 15(a)(1)(A). To date, no defendant has been served or appeared and, consequently, no response to the complaint has been filed.

      Accordingly, the motion is hereby GRANTED.

      **IT IS SO ORDERED.**

Dated: November 27, 2012

                                              MAXINE M. CHESNEY
                                              United States District Judge