**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DARRYL CARTER,                            No. C 12-5537 MMC

12              Plaintiff,                     **ORDER GRANTING PLAINTIFF'S**
         v.                                    **MOTION FOR PERMISSION TO FILE**
13                                             **ELECTRONICALLY**
     CLYDE REESE III, et al.,
14
                Defendants
15   _____/

16

17       Before the Court is plaintiff Darryl Carter's "Motion for Permission for Electronic

18   Case Filing," filed October 29, 2012, by which plaintiff requests leave to file documents in

19   the above-titled action electronically.

20       Good cause appearing, plaintiff's request is hereby GRANTED, on condition that

21   plaintiff first register as an Electronic Case Filing User on the court's website.  Specifically,

22   plaintiff must follow the registration procedure set forth on the court's website at

23   https://ecf.cand.uscourts.gov/cand/newreg/index.html.  Once plaintiff completes the

24   registration procedure and receives an e-filing password from the ECF Help Desk, plaintiff

25   shall electronically file a notice stating he has received his e-filing password.  If such notice

26   is filed, the Court will assign the case to the Electronic Case Filing Program, pursuant to

27   General Order No. 45.  Other than the notice referred to above, all documents shall be filed

28   //

1   on paper unless and until the Court assigns the above-titled case to the Electronic Case

2   Filing Program

3        **IT IS SO ORDERED.**

4

5   Dated:  November 27, 2012

                                        MAXINE M. CHESNEY
6                                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28