Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Darryl Carter

          Plaintiff(s),

v.

Clyde L. Reese, III, et al.

          Defendant(s).

Case No: 3:12-cv-5537

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Roger A. Chalmers, an active member in good standing of the bar of Georgia and USDC, NDGA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Clyde L. Reese, III and Keith Horton in the above-entitled action. My local co-counsel in this case is Jill Bowers, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| State Law Department, 40 Capitol Square SW, Atlanta, GA 30334-1300 | See attached |
| MY TELEPHONE # OF RECORD: (404) 463-8850 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (916) 323-1948 |
| MY EMAIL ADDRESS OF RECORD: rchalmers@law.ga.gov | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jill.bowers@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 118720.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/13/12

                                                 Roger A. Chalmers
                                                 APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Roger A. Chalmers is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 13, 2012

                                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                     *October 2012*