IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL CARTER,

    Plaintiff,

v.

CLYDE REESE III, et al.,

    Defendants

No. C 12-5537 MMC

**ORDER VACATING MARCH 1, 2013 HEARING ON PLAINTIFF'S MOTION TO AMEND SECOND AMENDED COMPLAINT**

/

Before the Court is plaintiff's "Motion to Amend Second Amended Complaint for Equitable and Legal Relief and Enlargement of Page Length," filed January 24, 2013 and noticed for hearing March 1, 2013. Defendants have filed opposition, to which plaintiff has replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for March 1, 2013.

    **IT IS SO ORDERED.**

Dated: February 19, 2013

MAXINE M. CHESNEY
United States District Judge